

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00462-CR

Ricardo **ESPINOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 249th Judicial District Court, Johnson County, Texas
Trial Court No. F46903
The Honorable Dennis Wayne Bridewell, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED April 2, 2014.

Catherine Stone, Chief Justice